IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amit Sarkar,<br><br>        Plaintiff,<br>  v.<br><br>Central Credit Services, Inc.,<br><br>        Defendant. | NO. C 09-04075<br><br>**ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE; MODIFYING LAST DATE TO HEAR DISPOSITIVE MOTIONS** |

This case is scheduled for a Preliminary Pretrial Conference on March 22, 2010. The parties submitted a Joint Preliminary Pretrial Conference Statement. (See Docket Item No. 19.) However, in light of the upcoming deadline for hearing dispositive motions and the potential for resolving this case on summary judgment, the Court finds good cause to vacate the Preliminary Pretrial Conference at this time.

Accordingly, the Court VACATES the March 22 Conference. Additionally, the Court modifies the case schedule as follows: the June 28, 2010 deadline for hearing dispositive motions is reset to **June 21, 2010 at 9 a.m.** The Court will set a new Preliminary Pretrial Conference, if necessary, in its order addressing the parties' anticipated dispositive motions.

All dispositive motions shall be filed on or before **April 5, 2010** to secure a spot on the Court's Law and Motion calendar. In the event that no motions are filed on April 5, 2010, the Court will set a new Preliminary Pretrial Conference date to set this case for trial.

Dated: March 17, 2010

                                      JAMES WARE<br>
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher David Holt cholt@klinedinstlaw.com
Nicholas Joseph Bontrager nbontrager@consumerlawcenter.com

**Dated: March 17, 2010**                          **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**