<pre>
                    UNITED STATES DISTRICT COURT,
                    NORTHERN DISTRICT OF CALIFORNIA,
                          SAN JOSE DIVISION
</pre>

| | | |
|---|---|---|
| **AMIT SARKAR,** | ) | Case No.: **5:09-cv-04075-JW (PVT)** |
| Plaintiff, | ) ) | [~~PROPOSED~~] **ORDER OF** |
| vs. | ) | **DISMISSAL WITH PREJUDICE** |
| **CENTRAL CREDIT SERVICES, INC.,** | ) ) | |
| Defendant. | ) ) | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**  The Clerk shall close this file.

Dated: April 29, 2010

_____
The Honorable Judge
James Ware
United States District Judge