# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN JOSE DIVISION

| | |
|---|---|
| **AMIT SARKAR,**<br><br>      Plaintiff,<br>vs.<br><br>**CENTRAL CREDIT SERVICES, INC.,**<br><br>      Defendant. | Case No.: **5:09-cv-04075-JW (PVT)**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**   The Clerk shall close this file.

Dated: April 29, 2010

_____
The Honorable Judge
James Ware
United States District Judge